

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DUANE TIMOTHY SMITH, JR., Defendant. | CR 16-46-BLG-SPW-2 ORDER |
|---|---|

Upon the United States' Motion to Seal United States' Response to Defendant's Supplemental Sentencing Memorandum under seal (Doc. 81), and for good cause being shown,

IT IS HEREBY ORDERED that the motion to file United States' response to defendant's supplemental sentencing memorandum under seal is GRANTED.

DATED this 2nd day of June 2017.

SUSAN P. WATTERS
United States District Judge

1